MAYFLOWER APARTMENTS, INC., Respondent, *v.* PAUL V. SHEEHAN, Appellant.

(Argued November 24, 1933; decided December 12, 1933.)

*Peter A. Schultz* and *Paul V. Sheehan* for appellant.
*Claude V. Kister* and *Benjamin David Reisman* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: POUND, Ch. J., CRANE, LEHMAN, KELLOGG, O'BRIEN, HUBBS and CROUCH, JJ.